# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **THOMAS TIRRELL STALLWORTH,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:22-cv-00451-RDP-SGC |
| **STATE OF ALABAMA,** | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on December 15, 2022, recommending the dismissal of Plaintiff's claims for failure to prosecute under Rule 41 of the *Federal Rules of Civil Procedure*. (Doc. 6). The recommendation was based on Plaintiff's failure to comply with an order requiring him to pay an initial partial filing fee and return a prisoner consent form. On December 29, 2022, the copy of the Report and Recommendation mailed to Plaintiff at the Fayette County Jail—the only address he has provided to the court—was returned as undeliverable. (Doc. 7). Review of the Fayette County Jail roster indicates Plaintiff is no longer incarcerated there. Accordingly, in addition to the grounds cited in the Report and Recommendation, Plaintiff's failure to provide the court with his current address is another example of his failure to prosecute. (*See* Doc. 3 at 8).

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Accordingly, Plaintiff's claims are due to be dismissed without prejudice for failure to prosecute. A separate order will be entered.

**DONE** and **ORDERED** this January 4, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE